McKenzie Management & Research Co., Inc., Appellant, v. Lee National Corporation, Respondent.—

Concur — Stevens, P. J., Capozzoli, McGivern, Markewich and Kupferman, JJ.

William Hernandez, an Infant, by His Mother, Carmen Matos, et al., Appellants, v. Richard J. Smith et al., as Trustees of the Property of the New York, New Haven and Hartford Railroad Co., Respondents.—

Concur — Stevens, P. J., Capozzoli, Markewich, Kupferman and Tilzer, JJ.

Patrick J. McGlynn, Respondent, v. Kazuo Yanagisawa et al., Appellants.—

Concur — Capozzoli, J. P., McGivern, Kupferman, Steuer and Tilzer, JJ.